| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Niall P. McCarthy<br>Anne Marie Murphy<br>Eric J. Buescher<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: (650) 697-6000 | 13 FEB -7 PM 3: 42<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: _____ |
| ATTORNEYS FOR: Plaintiffs LINDA HASPER, et al. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| LINDA HASPER, et al.<br><br>                              Plaintiff(s),<br>                v.<br>HYUNDAI MOTOR AMERICA, and KIA MOTORS AMERICA, INC.<br><br>                              Defendant(s). | CASE NUMBER:<br><br>SACV13-0220 DOC (MLGx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs LINDA HASPER, et al.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

                    **PARTY**                                                        **CONNECTION**
        (List the names of all such parties and identify their connection and interest.)


February 7, 2013                                          _[signature]_
Date                                                      Sign

                                                          ANNE MARIE MURPHY
                                                          Attorney of record for or party appearing in pro per

CV-30 (04/10)                          NOTICE OF INTERESTED PARTIES