NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE &McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

HARVEY ROSENFIELD (SBN 123082)
harvey@consumerwatchdog.org
PAMELA PRESSLEY (SBN 180362)
pam@consumerwatchdog.org
LAURA ANTONINI (SBN 271658)
laura@consumerwatchdog.org
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, California 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LINDA HASPER, KELLY MOFFETT, EVAN GROGAN, CARLOS MEDINA, ALBERTO DOMINGUEZ, CATHERINE BERNARD, MICHAEL BREIEN, LAURA GILL, THOMAS SCHILLE, JUDITH STANTON, RANDY RICKERT, and BRYAN ZIRKEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**HYUNDAI MOTOR AMERICA** and **KIA MOTORS AMERICA, INC.**,<br><br>Defendants. | Case No. SACV13-0220 DOC (MLGx)<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3** |

**DECLARATION OF PAMELA PRESSLEY IN SUPPORT OF VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)**

1    Plaintiffs, Linda Hasper, Kelly Moffett, Evan Grogan, Carlos Medina,
2 Alberto Dominguez, Catherine Bernard, Michael Breien, Laura Gill, Thomas
3 Schille, Judith Stanton, Randy Rickert, and Bryan Birkel (collectively, "Plaintiffs")
4 by and through their attorneys, pursuant to Local Rule 83-1.3, hereby provide notice
5 of related cases currently pending in the Central District of California:
6    1.   Plaintiffs bring this action challenging Hyundai Motor America's
7 ("Hyundai") and Kia Motors America, Inc.'s (collectively, "Defendants") false and
8 misleading national mass-marketing campaign regarding the fuel economy of
9 approximately 900,000 vehicles in the 2011, 2012 and 2013 model years.
10   2.   On November 6, 2012, a class action captioned *Krauth v. Hyundai*
11 *Motor America,* No. 8:12-cv-01935 ("*Krauth*"), was filed in the United States
12 District Court, Central District, challenging Hyundai's false and misleading national
13 mass-marketing campaign regarding the fuel economy of the 2011, 2012 and 2013
14 Hyundai Elantra. *Krauth*'s complaint asserts claims under the Consumers Legal
15 Remedies Act ("CLRA"), Civil Code section 1750, *et seq.*, Unfair Competition Law
16 ("UCL"), Business & Professions Code section 17200, *et seq.*, and False
17 Advertising Law ("FAL"), Business & Professions Code section 17500, *et seq.*
18   3.   On November 19, 2012, Plaintiff *Krauth* filed a motion with the
19 Judicial Panel on Multidistrict Litigation for an order pursuant to 28 U.S.C. § 1407
20 transferring related pending putative class actions to the United States District Court
21 for the Central District of California, Southern Division, for coordinated or
22 consolidated pretrial proceedings. The following cases pending in this district are
23 related to Plaintiff *Krauth*'s initial motion to transfer, filed in the pending
24 proceeding *In re: Hyundai and Kia Fuel Economy Litigation*, MDL Docket No.
25 2424:
26    • *Brady, et al. v. Hyundai Motor America, et al.*
27      U.S.D.C. C.D. Cal., Case No. SACV 12-01930-JVS-JPR;
28

DECLARATION OF PAMELA PRESSLEY IN SUPPORT OF    1
VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)

- *Wilton v. Kia Motors America, Inc., et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-01917-JVS-AN;
- *Espinosa, et al. v. Hyundai Motor America*
  U.S.D.C. C.D. Cal., Case No. CV 12-00800-GW-FFM;
- *Hunter, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-01909 JVS-JPR;
- *Graewingholt, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-01963-JVS-JPR;
- *Thomson, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-01981-JVS-JPR;
- *Olson, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-02025-JVS-JPR;
- *Thomas, et al. v. Hyundai Motor America, et. al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-02008-JVS-JPR;
- *Quiroz, et al. v. Kia Motors America, Inc., et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-02091-JST-AN;
- *Carullo, et al. v. Kia Motors America, Inc., et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-02174-AG-MLG
- *Kurash, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 12-02164-JVS-JPR;
- *Weber, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 13-00027-AG-MLG;
- *Maharaj, et al. v. Hyundai Motor America, et al.*
  U.S.D.C. C.D. Cal., Case No. SACV 13-00070 JST-RNB;
- *Young v. Kia Motors America, Inc.*
  U.S.D.C. C.D. Cal., Case No. CV 13-00167-DSF-JC;

1  •   *Maturani v. Hyundai Motor America, Inc.*
2      U.S.D.C. M.D. Ala., Case No. 2:12-00998, transferred to
3      U.S.D.C. C.D. Cal.
4  •   *Rezai v. Hyundai Motor America, Inc.*
5      U.S.D.C. N.D. Ill., Case No. 1:12-09124, transferred to
6      U.S.D.C. C.D. Cal.
7  •   *Rottner v. Hyundai Motor America, Inc.*
8      U.S.D.C. N.D. Ill., Case No. 1:12-09196, transferred to
9      U.S.D.C. C.D. Cal.
10 •   *Kievit, et al. v. Hyundai Motor America, Inc.*
11     U.S.D.C. D. N.J., Case No. 2:12-06999 transferred to
12     U.S.D.C. C.D. Cal.; and
13 •   *Sanders v. Hyundai Motor America, Inc.*
14     U.S.D.C. S.D. Ohio, Case No. 1:12-00853, transferred to
15     U.S.D.C. C.D. Cal.

4. This action, *Krauth* and the actions listed in ¶ 3 above, are related because such actions:

   (a) Arise from the same or a closely related transaction, happening or event, Defendants' false and misleading national mass-marketing campaign about the fuel economy of various 2011, 2012 and 2013 vehicles sold by Defendants;

   (b) Call for determination of the same or substantially related or similar questions of law and fact, since the cases allege similar causes of action against the same Defendants; and

   (c) Would entail substantial duplication of labor if heard by different judges.

DECLARATION OF PAMELA PRESSLEY IN SUPPORT OF     3
VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)

5. On February 5, 2013 Judge John G. Heyburn II, Chairman, Panel on Multidistrict Litigation, transferred the aforementioned related actions to Judge George H. Wu in the Central District of California, Western Division.

6. Based on the foregoing, Plaintiffs respectfully submit that the present action qualifies for related case transfer, and should be transferred to Judge George H. Wu.

Dated: February 7, 2013         COTCHETT, PITRE &McCARTHY, LLP

By _____
Niall P. McCarthy
Anne Marie Murphy
Eric J. Buescher
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

Pamela Pressley
Harvey Rosenfield
Laura Antonini
**CONSUMER WATCHDOG**
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

Jonathan W. Cuneo
William H. Anderson
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Tel: (202) 789-3960 / Fax: (202) 789-1813

Sandra W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
330 S. Barrington Ave., #109
Los Angeles, CA 90049
Tel: (424) 832-3450 / Fax: (424) 832-3017

Craig C. Sheffer
Steve M. Campora
Robert A. Buccola
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Tel: (916) 379-3500 / Fax: (916) 379-3599

*Attorneys for Plaintiffs*

DECLARATION OF PAMELA PRESSLEY IN SUPPORT OF                   4
VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)

DECLARATION OF PAMELA PRESSLEY IN SUPPORT OF
VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)

5